

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

May 19, 2025

**BY ECF and EMAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Sharrahn Walton*, 25 Cr. 166 (KMK)

Dear Judge Karas:

The Government respectfully requests that the Court schedule an initial conference in the above captioned case approximately 30 to 45 days from today, and that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the initial conference.

On April 14, 2025, a grand jury sitting in this District issued an indictment charging the defendant with one count under 18 U.S.C. § 922(g). (Dkt. 16). On April 21, the defendant was presented before a magistrate judge and the Court excluded Speedy Trial time to no later than May 5. The case was assigned to this Court. The Government previously produced a substantial portion of its Rule 16 discovery on December 6, 2024, and it will finish its productions today.

In light of these developments, the Government respectfully requests that the Court schedule an initial conference approximately 30 to 45 days from today, and that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the initial conference. The ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because, among other things, the exclusion of time will allow the defendant time to review today's production and the parties to continue to discuss a resolution of this case without need for trial.

Granted. The Court will hold a conference on 7/1/25 at 10 am. Time is excluded until then, in the interests of justice, to allow Defendant time to review the discovery and the Parties to discuss a potential resolution of this case. The interests of justice from this exclusion outweigh Defendant's and the public's right to a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
*/s/ KMK*
5/19/25

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: */s/ Jared Hoffman*
    Jared Hoffman
    Assistant United States Attorney
    (212) 637-1060

cc:        Ben Gold, Esq. (by ECF and Email)