UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHARRAHN WALTON,<br><br>*Defendant*. | No. 25-CR-166 (KMK)<br><br>SCHEDULING ORDER |

KENNETH M. KARAS, District Judge:

At the status conference held on July 1, 2025, the Court adopted the following briefing schedule: Defendant shall file any motions by no later than September 4, 2025. The Government will file its opposition papers by no later than September 25, 2025. Defendant shall file its reply by no later than October 2, 2025. The Court shall schedule oral argument on all motions at a later date.

Time is excluded from the Speedy Trial Act until September 4, 2025, in the interests of justice, as explained on the record of July 1, 2025. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED:   July 2, 2025
        White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE